1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  FRANK RUSSELL HARSHMAN, | Case No.  1:15-cv-00004-SAB |
| 12  Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME TO SERVE LETTER BRIEF |
| 13  v. | |
| 14  COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 9) |
| 15  Defendant. | |

16

17      The parties to this action filed a stipulation on June 22, 2015 to extend the time for
18  Plaintiff to serve the letter brief on Defendant.  Accordingly, IT IS HEREBY ORDERED that:

19      1.      Plaintiff's letter brief shall be served on or before July 22, 2015; and

20      2.      Plaintiff's opening brief shall be filed on or before September 28, 2015.

21

22  IT IS SO ORDERED.

23  Dated:    **June 24, 2015**

UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28