# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RUSSELL HARSHMAN,<br><br>              Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | Case No.  1:15-cv-00004-SAB<br><br>ORDER RE SECOND STIPULATION FOR EXTENSION OF TIME TO SERVE LETTER BRIEF<br><br>(ECF No. 11) |

On June 25, 2015 the Court granted Plaintiff an extension of time to serve the brief on Defendant.  The parties have now filed a second stipulation to extend time for Plaintiff to serve a letter brief.  The Court finds good cause at this time to grant a second extension of time.  The parties are advised that having been granted two extensions of time, the Court is not inclined to grant any further extensions in this action.  Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's letter brief shall be served on or before August 12, 2015; and

2.      Plaintiff's opening brief shall be filed on or before October 19, 2015.

IT IS SO ORDERED.

Dated:   **July 22, 2015**

UNITED STATES MAGISTRATE JUDGE

1