Melissa Newel (#148563)
NEWEL LAW
827 Broadway, Suite 205
Oakland, CA 94607
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
FRANK RUSSELL HARSHMAN


BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY T. CHEN (#260516)
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8955
jeffrey.chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RUSSEL HARSHMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | No. 1:15-CV-00004 (SAB)<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |

1   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and
2   with the approval of the Court, that Plaintiff shall have a second extension of time of thirty (30)
3   days to serve his Confidential Letter Brief. Counsel for Plaintiff respectfully requests this
4   additional time due to a serious illness in her family.  The new date for Plaintiff's Confidential
5   Letter Brief shall be on or before **September 11, 2015**.

Respectfully submitted,

Dated: August 12, 2015               NEWEL LAW

By:   *Melissa Newel*
      Melissa Newel
      Attorney for Plaintiff
      FRANK RUSSELL HARSHMAN

Dated: August 12, 2015               BENJAMIN B. WAGNER
                                     United States Attorney
                                     DEBORAH LEE STACHEL
                                     Acting Regional Chief Counsel, Region IX
                                     Social Security Administration

By:   Jeffrey Chen*
      Jeffrey T. Chen
      (*authorized by email dated 8/12/*2015)
      Special Assistant U.S. Attorney
      Attorneys for Defendant

STIPULATION AND PROPOSED ORDER EXTENDING BRIEFING SCHEDULE

**ORDER**

Based upon the above stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including September 11, 2015, to serve his confidential letter brief. All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **August 12, 2015**

UNITED STATES MAGISTRATE JUDGE