# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RUSSELL HARSHMAN,<br><br>             Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No.  1:15-cv-00004-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>SEVEN DAY DEADLINE |

On January 2, 2015, Plaintiff filed this action challenging the final decision of the Commissioner denying his application for social security benefits.  (ECF No. 1.)  On January 6, 2015, the Court issued a scheduling order.  (ECF No. 5).  The scheduling order states that within 95 days from the filing of the administrative record, Plaintiff shall file an opening brief.  Defendant lodged the Social Security administrative record on May 22, 2015.  (ECF No. 8.)  On August 13, 2015, the Court granted Plaintiff's third request for an extension of time to file his confidential letter brief.  (ECF No. 14.)  Due to this extension of time, Plaintiff's opening brief was due on November 23, 2015.  The time for Plaintiff to file an opening brief has passed and Plaintiff has not filed a timely opening brief or otherwise responded to the August 13, 2015 order.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a written response to this order to show cause why this action should not be dismissed for failure to prosecute within seven (7) days of the date of service of this order. Failure to comply with this order to show cause shall result in this action being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: __**November 30, 2015**__

UNITED STATES MAGISTRATE JUDGE