# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RUSSELL HARSHMAN,<br><br>         Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | Case No.  1:15-cv-00004-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND AMENDING SCHEDULING ORDER<br><br>(ECF Nos. 15, 16) |

On November 30, 2015, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to file an opening brief in compliance with the Court's January 6, 2015 and August 13, 2015 orders.  (ECF No. 15.)  On December 7, 2015, Plaintiff filed a response to the order to show cause and a certificate of service for his confidential letter brief. (ECF Nos. 16, 17.)  According to the response, the parties stipulated to a further extension of time for Plaintiff to file the letter brief, however, the docket does not reflect that the parties filed such a stipulation with the Court.

The January 6, 2015 scheduling order provides that one single thirty day extension of time will be allowed upon stipulation of the parties and such stipulation must be filed with the Court. (ECF No. 5 at 4.)  Any further requests to modify the scheduling order must be made by written motion and are only granted upon a showing of good cause.  (Id.)  In this instance the Court has granted three stipulations for an extension of time and the parties agreed to a fourth

1

stipulation which was not presented to the Court. Plaintiff has now served his confidential letter brief so the Court will set new deadlines for the filing of documents in this action. However, the parties are admonished that any agreements to extend the scheduling order are required to be presented to the Court prior to the currently established deadline passing.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The order to show cause filed November 30, 2015 is DISCHARGED;
2. Plaintiff's opening brief shall be filed on or before February 11, 2016;
3. Defendant's response shall be filed on or before March 14, 2016; and
4. Plaintiff's reply, if any, shall be filed on or before April 1, 2016.

IT IS SO ORDERED.

Dated: **December 8, 2015**

UNITED STATES MAGISTRATE JUDGE

2