# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RUSSELL HARSHMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:15-cv-00004-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 20) |

On March 16, 2016, an order issued requiring Defendant to either file a written response to an order to show cause why Plaintiff's opening brief should not be deemed unopposed or file an opposition to Plaintiff's opening brief. On March 27, 2016, Defendant filed an opposition.

Accordingly, the order to show cause issued March 16, 2016 is HEREBY DISCHARGED and Plaintiff's reply, if any, shall be filed on or before April 11, 2016.

IT IS SO ORDERED.

Dated:   **March 28, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1